ELECTRONICALLY FILED
2/19/2016 4:11 PM
2016-L-064003
CALENDAR: L
PAGE 1 of 4
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT OF COOK COUNTY ILLINOIS
LAW DIVISION

EMILY R. LITTEN,

        Plaintiff,

vs.

NURIDDIN RAKHMANOV and UZ AUTO
TRANSPORTATION, INC.,

        Defendants.

Case No. 16-L-_____

## COMPLAINT

NOW COMES Plaintiff, EMILY R. LITTEN, by and through her undersigned attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for her Complaint states:

### COUNT I – Negligence against Nurriden Rakhmanov

1. On July 31, 2015, NURRIDEN RAKHMANOV was the driver of a semi-tractor trailer at or near the intersection of Harlem Avenue and Interstate 290 in Forest Park, Illinois.

2. On July 31, 2015, EMILY R. LITTEN was a pedestrian at or near the intersection of Harlem Avenue and Interstate 290 in Forest Park, Illinois.

3. At said time and place, NURRIDEN RAKHMANOV was making a right turn from Harlem Avenue on to Interstate 290 when a portion of his tractor and/or trailer came into contact with pedestrian EMILY R. LITTEN.

4. At all times relevant, NURRIDEN RAKHMANOV had a duty to operate his vehicle in a safe and non-negligent manner so as to avoid injuring other drivers or pedestrians, including EMILY R. LITTEN.

5. At the stated time and place, NURRIDEN RAKHMANOV failed to operate his vehicle safely and was negligent in one or more of the following ways:



ELECTRONICALLY FILED
2/19/2016 4:11 PM
2016-L-064003
PAGE 2 of 4

a. By failing to keep a proper lookout for pedestrians, including EMILY R. LITTEN;

b. By failing to keep all portions of his tractor and trailer on the roadway and within his designated lane of travel;

c. By allowing his tractor and/or trailer to ride or intrude upon the sidewalk where EMILY R. LITTEN was a pedestrian;

d. By failing to exercise proper control over his tractor and/or trailer so as to avoid impact with the pedestrian, EMILY R. LITTEN;

e. By entering the turn at Harlem Avenue and Interstate 290 with excessive speed;

f. By entering the turn at Harlem Avenue and Interstate 290 at such an angle so as to allow his trailer to ride over the curb and sidewalk;

g. By operating his vehicle for more than the maximum number of hours as allowed by law;

h. By failing to avoid contact with the pedestrian EMILY R. LITTEN when he knew or should have known of her presence in an area of potential danger.

6. As a direct and proximate result of one or more of the aforementioned negligent acts by NURRIDEN RAKHMANOV, the vehicle driven by NURRIDEN RAKHMANOV made contact with the pedestrian EMILY R. LITTEN causing her severe and permanent injuries which have required and will require medical care over her entire life time, as well as past and future pain, suffering, disfigurement, loss of a normal life, and permanent disability.

WHEREFORE, Plaintiff EMILY R. LITTEN prays for judgment in her favor and against Defendant NURRIDEN RAKHMANOV, that she have her costs herein, and for such other relief as is just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY OF TWELVE OR THE MAXIMUM NUMBER OF JURORS ALLOWABLE AT THE TIME THE CASE IS TRIED.

ELECTRONICALLY FILED
2/19/2016 4:11 PM
2016-L-064003
PAGE 3 of 4

### Count II – *Respondeat Superior* against UZ Auto Transportation, Inc.

1 – 6. Plaintiff hereby incorporates Count I, paragraphs 1 through 6 as and for paragraphs 1 through 6 of Count II.

7. UZ AUTO TRANSPORTATION, INC., was the owner of the vehicle driven by NURRIDEN RAKHMANOV on July 31, 2015 at the intersection of Harlem Avenue and Interstate 290 in Forest Park, Illinois.

8. At all times relevant, NURRIDEN RAKHMANOV was acting in his capacity as a driver for UZ AUTO TRANSPORATION, INC.

9. At the time and place of the aforementioned incident, NURRIDEN RAKHMANOV was performing his duty as driver in furtherance of the business and economic interest of UZ AUTO TRANSPORTATION, INC.

10. As employer of NURRIDEN RAKHMANOV, UZ AUTO TRANSPORTATION, INC., is liable for the negligent acts of NURRIDEN RAKHMANOV on July 31, 2015 at or near the intersection of Harlem Avenue and Interstate 290 in Forest Park, Illinois.

WHEREFORE, Plaintiff EMILY R. LITTEN prays for judgment in her favor and against Defendant UZ AUTO TRANSPORTATION, INC., that she have her costs herein, and for such other relief as is just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY OF TWELVE OR THE MAXIMUM NUMBER OF JURORS ALLOWABLE AT THE TIME THE CASE IS TRIED.

EMILY R. LITTEN, Plaintiff,

By: _____
Jo T. Wetherill
Stephen M. Buck
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

3

Stephen M. Buck - ARDC # 6209958
Jo T. Wetherill – ARDC # 6244110
Michael J. Mersot – ARDC #6302526
E-mail: jwetherill@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 NE Jefferson
Peoria, IL 61602
(309) 674-1133
(309) 674-6503 (fax)
4828-9460-4845, v. 1

ELECTRONICALLY FILED
2/19/2016 4:11 PM
2016-L-064003
PAGE 4 of 4